## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 398 - 5 | **DATE** | 5/20/2008 |
| **CASE TITLE** | USA vs. William Wellhausen | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to William Wellhausen.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | IS |
|---|---|---|---|