

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 398 - 5 | **DATE** | 6/11/2008 |
| **CASE TITLE** | USA vs. William Wellhausen | | |

**DOCKET ENTRY TEXT**

Case called for preliminary examination hearing on 6/11/2008. Keith Scherer files his appearance as appointed counsel for defendant. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:04

FILED-EDT
2008 JUN 11 PM 5:07
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|