# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 398 - 5 | **DATE** | 6/12/2008 |
| **CASE TITLE** | USA vs. William Wellhausen | | |

**DOCKET ENTRY TEXT**

Defendant's conditions of release are amended to include permission to travel to Wisconsin with the approval from Pretrial Services, and he provides a schedule to Pretrial Services of when he travels to Wisconsin.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|