# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☑ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. WELLHAUSEN  FOR: DEFENDANT

**FILED**
JUN 1 1 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): WILLIAM WELLHAUSEN

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor

DOCKET NUMBERS
Magistrate: 
District Court: 08cr398-5
Court of Appeals: 08cr398-5

## ASSETS

**EMPLOYMENT**
Are you now employed? ☑ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: CITY OF CHICAGO
IF YES, how much do you earn per month? $ 4200
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☑ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 1800
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE: UNK.  DESCRIPTION: 2005 TOYOTA CAMRY

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: MARRIED
Total No. of Dependents: 2
List persons you actually support and your relationship to them: 

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | $ | $ |
|---|---|---|---|
| Mortgage | | 225,000 | 2150 |
| Mortgage | | 140,000 | 1150 |
| | 30 CREDIT CARDS | 10,000 | 500 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ___

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ William Wellhausen