Minute Order Form (rev. 4/99)

MAGISTRATE JUDGE ASHMAN

06 GJ 640

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE KENNELLY | Sitting Judge if Other Than Assigned Judge | Magistrate Judge Mason |
|---|---|---|---|
| CASE NUMBER | 08 CR 398 | DATE | AUGUST 14, 2008 |
| CASE TITLE | US v. BENY GARNEATA, DUMITRU CURESCU, LAVINIA CURESCU, TEOFIL SCORTE, WILLIAM WELLHAUSEN, VASILE FOFIU and MARIO OLIVELLA. | | |

Motion:    (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL JUNE 2007** Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Michael T. Mason_

Docket Entry:

**BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO ALL DEFENDANTS.**

# FILED

AUG 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE
OR MAGISTRATE JUDGE                    (ONLY IF FILED
                                        UNDER SEAL)

| | | |
|---|---|---|
| No notices required, advised in open court. | | Number of notices |
| No notices required. | | Date docketed |
| Notices mailed by judge's staff. | | Docketing dpty. initials |
| Notified counsel by telephone. | | Date mailed notice |
| Docketing to mail notices | | Mailing dpty. initials |
| Mail AO 450 form. | | |
| Copy to judge/magistrate judge. | | |

| Courtroom Deputy Initials | Date/time received in Central Clerk's office | |
|---|---|---|